**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| WAL MABOR TIETJENG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:25-cv-00972 |
| | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |

## <u>ORDER</u>

Before the Court is the Report and Recommendation by Magistrate Judge Barbara D. Holmes ("R&R") (Doc. No. 12) recommending that the Court dismiss this case without prejudice under Fed. R. Civ. P. 4(m) because of Plaintiff's failure to timely serve process on Defendant. The R&R, issued on March 6, 2026, notified Plaintiff that any objections must be filed within fourteen days. (Id. at 3). Plaintiff failed to timely file objections.

Because Plaintiff lodged no objections to the R&R, the Court reviews it for clear error only. Fed. R. Civ. P. 72(b) advisory committee note of 1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). And the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).

The Court has reviewed the R&R for clear error and finds none. Accordingly, the Court **ADOPTS** the R&R (Doc. No. 12) in its entirety. This case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE